1  WILLIAM L. STERN (CA SBN 96105)
   WStern@mofo.com
2  WILLIAM F. TARANTINO (CA SBN 215343)
   WTarantino@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105
   Telephone:   415.268.7000
5  Facsimile:    415.268.7522

6  Attorneys for Defendants
   LUMBER LIQUIDATORS, INC., LUMBER LIQUIDATORS
7  LEASING, LLC, LUMBER LIQUIDATORS HOLDINGS,
   INC., LUMBER LIQUIDATORS SERVICES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BRIAN COATS, CASSIE ERGA, and SHAWN GINN, on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LUMBER LIQUIDATORS, INC., a Delaware Corporation, LUMBER LIQUIDATORS LEASING, LLC, a Delaware Limited Liability Corporation, LUMBER LIQUIDATORS HOLDINGS, INC., a Delaware Corporation, LUMBER LIQUIDATORS SERVICES, LLC, a Delaware Limited Liability Corporation <br><br> Defendants. | Case No.   2:15-cv-00515-WBS-EFB <br><br> **ORDER APPROVING JOINT STIPULATION TO STAY PROCEEDINGS PENDING MDL CONSIDERATION** |
|---|---|

Good cause appearing, the Parties' joint stipulation to stay proceedings in the above-captioned action is GRANTED as follows:

1. This action is STAYED pending the transfer decision of the Judicial Panel on Multidistrict Litigation (the "MDL Panel") in *In Re: Lumber Liquidators Chinese-Manufactured Flooring Products Marketing, Sales Practices and Products Liability Litigation* (MDL No. 2627);

2. All deadlines, including Defendants' obligation to respond to Plaintiffs' complaint, are VACATED until further order of the Court;

3. In the event litigation proceeds in another of the substantially identical cases to this one, Plaintiffs shall have the right to seek to lift the stay;

4. The Clerk is directed to administratively close this file until further order of this court; and

5. The parties shall file a Joint Status Report notifying the Court of the MDL Panel's decision within 10 days of the decision.

**IT IS SO ORDERED**

Dated: March 30, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE